963 A.2d 907

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph McDERMOTT, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 7, 2009.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of January, 2009, the Petition for Allowance of Appeal and the Motion to Proceed *Pro Se* are DENIED.